IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| William Singletary, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Civil Action No.: 9:09-1079-TLW-BM |
| Edgefield Police Department; Edgefield County Sheriff's Department; Major Ken Durham; Town of Edgefield; Ronald Carter, Chief of Police; Adell Dolbey, Sheriff of Edgefield County; Edgefield Detention Center; South Carolina Law Enforcement Division, Reginald I. Lloyd, Director; Major Paul Grant, SLED; Chris Wash, Captain; | ) | |
| Defendants. | ) | |

# ORDER

William Singletary, ("plaintiff"), originally brought this civil action, *pro se*, in the South Carolina Court of Common Pleas. The case was subsequently removed to this Court. This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the defendants' motions to dismiss be granted and that this case be dismissed, with prejudice. (Doc. # 105). The plaintiff filed no objections to the Report. Objections were due by September 20, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. §

636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 105). Therefore, the defendants' motions to dismiss are **GRANTED**. (Docs. # 80 and 88). Additionally, the plaintiff has filed what appears to be an Amended Complaint or a Motion to Amend the Complaint. (Doc. # 108). This motion is **DENIED**. The clerk shall close this civil action.

**IT IS SO ORDERED.**

    s/Terry L. Wooten
United States District Judge

September 30, 2010
Florence, South Carolina